AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
El Dorado Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
**FILED**
01/12/2022

IN THE MATTER OF THE SEARCH OF CONTENT AND INFORMATION CONTAINED IN THE ACCOUNTS ASSOCIATED WITH UNIQUE DROPBOX USER ID'S '4025448224' and '4066777392' THAT IS STORED CONTROLLED BY DROPBOX, INC.

No. 1:22-cm-00001

**Filed Under Seal**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*:
   See "Attachment A"

located in the Northern District of California there is now concealed *(identify the person or describe the property to be seized)*:
   See "Attachment B." This Court has authority to issue the requested search warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A), and Federal Rule of Criminal Procedure 41.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   [x] evidence of a crime;
   [x] contraband, fruits of crime, or other items illegally possessed;
   [x] property designed for use, intended for use, or used in committing a crime;
   [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation, in the Western District of Arkansas, of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Receipt/distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of, or access with intent to view, child pornography |

The application is based on these facts:   (See attached affidavit of SA James Arnold, FBI)
[x] Continued on the attached sheet.

   [ ] Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

(Appearing by telephone conference call at 415-527-5035)
SA James Arnold, Federal Bureau of Investigation
*Affiant*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by appearing via telephone conference call at 415-527-5035.

_____
Judge's signature

Date: 1-12-22
City and state: Texarkana, AR

Hon. Barry A. Bryant, United States Magistrate Judge, W. D. Ark.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CONTENT AND INFORMATION CONTAINED IN THE ACCOUNTS ASSOCIATED WITH UNIQUE DROPBOX USER ID'S '4025448224' and '4066777392' THAT IS STORED CONTROLLED BY DROPBOX, INC. | No. _____<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, James Arnold, a Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

### AGENT BACKGROUND AND INTRODUCTION

1.  I have been employed as a Special Agent of the FBI since October 2019. Prior to my employment with the FBI, I served as a law enforcement officer in South Carolina for approximately nine and one-half years. I am currently assigned to the FBI Little Rock Division, El Dorado Resident Agency where I am charged with investigating violations of various federal criminal laws. I have been trained and/or involved in various aspects of criminal investigations, including, among other things, debriefing defendants, sources, and informants; conducting surveillance and undercover operations; executing arrest and search warrants; monitoring Title III wiretaps; and analyzing documentary and physical evidence. My primary duties are to conduct various criminal investigations including violent crimes against children involving human trafficking, enticement, child prostitution, and production of child pornography. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by the Attorney General to request a search warrant.

1

2. I make this Affidavit in support of an application for a search warrant for information associated with Dropbox, Incorporated (hereinafter Dropbox) User ID 4025448224 (hereinafter "**SUBJECT ACCOUNT 1**") and User ID 4066777392 (hereinafter "**SUBJECT ACCOUNT 2**") (collectively the "**SUBJECT ACCOUNTS**"), certain accounts that are stored at premises controlled by Dropbox, headquartered at 185 Berry Street, 4th Floor, San Francisco, CA 94107. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox, to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 2252A(a)(1) [transportation of child pornography], 2252A(a)(2) [receipt/distribution of child pornography] and 2252A(a)(5) [possession of, or access with intent to view, child pornography] have been committed by an individual using the Dropbox accounts associated with the **SUBJECT ACCOUNTS**.

4. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband and fruits of these crimes as further described in Attachment B.

5. The statements in this affidavit are based in part on information provided by Dropbox, the National Center for Missing and Exploited Children (NCMEC), other law enforcement personnel, and my investigation of this matter. Since this affidavit is being

2

submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(1) [transportation of child pornography], 2252A(a)(2) [receipt/distribution of child pornography] and 2252A(a)(5) [possession of, or access with intent to view, child pornography] are located in the **SUBJECT ACCOUNTS**.

## PROBABLE CAUSE

6. On or about July 19, 2021, the FBI received a "CyberTipline Report" from the National Center for Missing and Exploited Children (NCMEC), by way of the Arkansas State Police (ASP). In the CyberTipline Report submitted on or about April 24, 2021, Dropbox, Inc., (hereinafter "Dropbox"), an internet-based data storage and transfer provider, reported that the user of the Dropbox account identified by the user ID "4025448224" and email address "yyegd4rg9f@privaterelay.appleid.com" (**SUBJECT ACCOUNT 1**) had uploaded one (1) file of apparent child pornography to Dropbox. The NCMEC report further indicated that the image matched the hash value of a previously reported image that NCMEC categorized as "Apparent Child Pornography". NCMEC also provided a copy of the file uploaded to **SUBJECT ACCOUNT 1**. A review of the NCMEC CyberTipline report and the uploaded file indicate the following:

    A. **NCMEC Report Number: 89362703**

        a) **Incident Date:** April 23, 2021

        b) **User ID:** 4025448224

        c) **Email Address:** yyegd4rg9f@privaterelay.appleid.com

d) **Review of video file:** Your Affiant has viewed the video file, which is approximately two minutes and fifty seconds in length (2:50), and observed what appears to be a prepubescent male, approximately 8 to 11 years of age, engaged in penile-vaginal/anal sex with a pubescent minor female, approximately 13 to 15 years of age. The two minors appear to be on a bed and the prepubescent male is clothed with only a shirt. The prepubescent male begins to wrestle with the minor female and removes her shorts/underwear, exposing her buttocks. The prepubescent male attempts to insert his penis into the minor female's vagina/anus as she lay prone on the bed. The minor female can then be seen rolling away to prevent the minor from doing so. At approximately fifty-five seconds (0:55), the prepubescent male can be seen on top of the minor female engaged in penile-vaginal/anal sex. From my training and experience, I know this video file to fit the definition of "child pornography" set forth in 18 U.S.C. § 2256(8).

7. The NCMEC report also identified registration and login IP addresses associated with **SUBJECT ACCOUNT 1**. Below is the information as it was provided in the NCMEC report:

   A. **Registration IP Address:** 2600:1700:a6c0:49a0:198d:5c2f:3dec:3d2 on 04-03-2021 23:01:31 UTC

   B. **Login IP Address:** 2600:1700:a6c0:49a0:198d:5c2f:3dec:3d2 on 04-03-2021 23:02:09 UTC

   C. **Login IP Address:** 2600:1700:a6c0:49a0:308e:82a8:34eb:c7e7 on 04-21-2021 10:32:01 UTC

      D.    **Login IP Address:** 174.247.251.77 on 04-20-2021 13:43:57 UTC

      E.    **Login IP Address:** 173.216.59.254 on 04-22-2021 20:12:43 UTC

8. According to open source research, the IPv6[1] addresses are assigned to AT&T. Pursuant to an administrative subpoena, AT&T was unable to provide records regarding the IPv6 addresses.

9. According to open source research, IPv4 173.216.59.254 was assigned to Suddenlink on the date and time of login. Pursuant to an administrative subpoena issued by the FBI on July 30, 2021, Suddenlink provided the following subscriber information:

      A.    **Subscriber:** Mae Tilque

      B.    **Address:** 819 E 9th Street, El Dorado, AR 71730

      C.    **Contact Telephone:** 870-797-2314

      D.    **Account Activation:** 9/30/2020

10. Additionally, an administrative subpoena was issued to Verizon Wireless (hereinafter Verizon) for IPv4 174.247.251.77, which returned to a natting IP address[2]. Verizon provided information regarding each telephone number utilizing that particular IP address at the time.

11. On October 25, 2021, pursuant to an administrative subpoena issued by the FBI, Apple Inc. (hereinafter Apple) provided information for the account associated with "yyegd4rg9f@privaterelay.appleid.com." Among the information provided by Apple was information for five (5) Apple devices registered to the account including make, model, and serial numbers. Additionally, Apple provided device purchaser information including name,

---

[1] The IPv6 addresses referenced are the addresses beginning with 2600, and detailed in paragraph 7 A, B, and C.

[2] Natting IP addresses can have multiple users at the same time

address, telephone number, and email address. Below is the purchaser information as provided by Apple:

  A. **Name:** Roddy George Jackson

  B. **Email:** roddybosky@icloud.com

  C. **Address:** 1162 Aurelle Rd Strong, Arkansas 71765-9739

  D. **Phone Number:** 870-918-6915

12. Subsequently, the FBI conducted research of the telephone numbers utilizing the aforementioned Verizon netting IP address. As a result, the FBI identified telephone number 870-918-6915 as utilizing the IP address on the date of login. In addition to the above Apple information, open source research also attributes this telephone number to Roddy Jackson (hereinafter JACKSON).

**Second NCEMC Report Identified**

13. On November 12, 2021, based on de-confliction with ASP and the El Dorado Police Department (EPD), your affiant became aware of an additional NCMEC CyberTip report submitted by Dropbox regarding JACKSON and a separate Dropbox account. In the CyberTipline Report submitted on or about August 26, 2021, Dropbox reported that the user of the Dropbox account identified by the User ID "4066777392" and email address roddybosky@icloud.com (**SUBJECT ACCOUNT 2**) had uploaded one (1) file of apparent child pornography to Dropbox. NCMEC also provided a copy of the file uploaded to **SUBJECT ACCOUNT 2**. A review of the NCMEC CyberTipline report and the uploaded file indicate the following:

  A. **NCMEC Report Number:** 99008177

    a) **Incident Date:** August 25, 2021

b) **User ID:** 4066777392

c) **Email Address:** roddybosky@icloud.com

d) **Screen/Username:** Roddy Jackson

e) **Review of video file:** Your Affiant has viewed the video file, which is approximately fifty-five seconds in length (0:55), and observed what appears to be a prepubescent female, approximately 7 to 10 years of age, using her hands to masturbate the erect penis of an adult male. From my training and experience, I know this video file to fit the definition of "child pornography" set forth in 18 U.S.C. § 2256(8).

**Witness Reporting**

14. On or about September 5, 2021, a woman reported to EPD that she had observed naked pictures and videos of underage girls on a cellular telephone belonging to JACKSON, who she had been dating for approximately one month. While making this report, the reporting party began to show the pictures and videos to EPD Officers, noting that JACKSON was aware that she knew and was actively attempting to delete them. The reporting party also told EPD Officers that she contacted Megan Hall, the mother of JACKSON's minor daughter, after observing what she believed was a video of JACKSON's daughter in her bedroom.

15. EPD subsequently executed a residential search warrant at the residence of Hall, 550 Beverly Drive Apartment 315, El Dorado, Arkansas and seized among other things, electronic devices and sex games cards located in the minor female's bedroom. Mandatory reporting to the ASP Crimes Against Children Division (CACD) has been completed regarding the safety of JACKSON's daughter. At this time, JACKSON is incarcerated on unrelated state charges and does not have access to children.

### Execution of Google Search Warrant

16. On November 24, 2021, a federal search warrant for the Google LLC (hereinafter Google) account of JACKSON, further identified by the email address roddybosky@gmail.com, was issued in the Western District of Arkansas. Pursuant to the execution of that warrant, Google produced records for the account which your affiant has reviewed. During the review, your affiant observed approximately two (2) images and eighteen (18) videos that appear, from my training and experience, to fit the definition of child pornography set forth in 18 U.S.C § 2256(8). These including nine (9) videos depicting children who appear to be under the age of 12 engaging in sexually explicit conduct, as that term is defined in 18 U.S.C § 2256(2).

### Subject Interview

17. On December 15, 2021, FBI Special Agents conducted a custodial interview of Roddy JACKSON at the Union County Detention Center in El Dorado, Arkansas. JACKSON was advised of his rights under Miranda which he then waived. During the interview, JACKSON stated that a woman[3] he had been dating for approximately one month needed a cellular telephone. JACKSON provided her with an old cellular telephone of his, which he had not deleted any of his accounts from.

18. JACKSON told Agents that he first viewed child pornography at the age of 11 or 12. JACKSON also told Agents that "I looked at it then and I've looked at it since" and "I do need help and I do admit that I am guilty, I just hope that I can get some mercy." Although JACKSON could not provide any account identifiers, he further indicated that he had a Dropbox account, and the child pornography would be sent in the form of a Dropbox link through Snapchat.

---

[3] *This is the woman who reported the EPD on September 5, 2021, the presence of child pornography on JACKSON's device*

## BACKGROUND ON "WWW.DROPBOX.COM"

19.  Based on my training and experience, your affiant has learned the following about the online cloud storage website "www.dropbox.com":

A.  Dropbox, Inc. provides a variety of on-line services, including online storage access, to the general public. Dropbox, Inc. allows subscribers to obtain accounts at the domain name www.dropbox.com. Subscribers obtain a Dropbox, Inc. account by registering with an email address. During the registration process, Dropbox, Inc. asks subscribers to provide basic personal identifying information. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

B.  When the subscriber transfers a file to a Dropbox, Inc. account, it is initiated at the user's computer, transferred via the Internet to Dropbox, Inc.'s servers, and then can automatically be synchronized and transmitted to other computers or electronic devices that have been registered with that Dropbox, Inc. account. This includes online storage in Dropbox, Inc.'s servers. If the subscriber does not delete the content, the files can remain on Dropbox, Inc. servers indefinitely. Even if the subscriber deletes their account, it may continue to be available on Dropbox, Inc.'s servers for a certain period of time.

C.  Online storage providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account

(including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account. In addition, online storage providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

   D. In some cases, Dropbox, Inc. account users will communicate directly with Dropbox, Inc., about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Online storage providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

   20. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Dropbox Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Attachment A and Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

21. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on computer systems owned, maintained, controlled and/or operated by Dropbox Inc., there exists evidence of a crime, contraband, instrumentalities, and/or fruits of violations of criminal laws as specified herein, including identification of the person who used the electronic account described in Attachment A. The facts outlined above show that **SUBJECT ACCOUNT ONE** and **SUBJECT ACCOUNT TWO** listed in Attachment A have been used to violate Title 18, United States Code, Sections 2252A(a)(1) [transportation of child pornography], 2252A(a)(2) [receipt/distribution of child pornography] and 2252A(a)(5) [possession of, or access with intent to view, child pornography]. There is probable cause to believe that the user of **SUBJECT ACCOUNT ONE** and **SUBJECT ACCOUNT TWO** used those accounts to violate the aforementioned statutes.

22. Because the warrant will be served on Dropbox Inc., who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

*(Appearing by telephone conference call at 415-527-5035)*
Special Agent James Arnold
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1, by appearing via telephone conference call at 415-527-5035 on this 12th day of January, 2022.

_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

11

## ATTACHMENT A

### Property to Be Searched

This warrant applies to the contents of, and information associated with, the Dropbox user accounts identified by the unique user IDs '4025448224' and '4066777392', which is stored at premises controlled by Dropbox, Inc., and/or its parent or subsidiary entities, headquartered at 185 Berry Street, 4th Floor, San Francisco, CA, 94107.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Dropbox, Inc., and/or any parent or subsidiary entity thereof (hereinafter collectively "Dropbox"):**

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox, regardless of whether such information is located within or outside the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Dropbox or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox is required to disclose to the government, for each account or identifier listed in Attachment A, the following information **from April 30, 2021, through the present, unless otherwise indicated:**

(a) The contents of all folders associated with the account, including images and videos, stored or preserved copies of files sent to and from the account, the source and destination addresses associated with file, and the date and time at which each file was sent;

(b) All transactional information of all activity of the Dropbox accounts described above, including log files, messaging logs, records of session times and durations, dates and times of connecting, and methods of connecting: and emails "invites" sent or received via Dropbox, and any contact lists;

(c) All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register

13

the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

(d) All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

(e) All records pertaining to communications between Dropbox and any person regarding the account or identifier, including contacts with support services and records of actions taken.

***Dropbox is hereby ordered to disclose the above information to the government within fourteen (14) days of issuance of this warrant.***

### II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(1) [transportation of child pornography], 2252A(a)(2) [receipt/distribution of child pornography] and 2252A(a)(5) [possession of, or access with intent to view, child pornography] involving the Dropbox accounts associated with unique user IDs '4025448224' and '4066777392.'

14